# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERIC SCOTT CINA,

    Petitioner,

vs.

ROBERT LEGRAND, et al.,

    Respondents.

Case No. 3:13-cv-00705-HDM-VPC

**ORDER**

    Petitioner having submitted an unopposed motion for an enlargement of time (first request) (#24), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time (first request) (#24) is **GRANTED**.  Petitioner will have through November 13, 2015, to file and serve a reply to the answer (#23).

    DATED: September 14, 2015.

                                                  _____
                                                  HOWARD D. MCKIBBEN
                                                  United States District Judge